IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| MINDY S. NICHOLS a/k/a/ MELINDA S. NICHOLS, and JAMES NICHOLS<br>Plaintiffs,<br><br>vs.<br><br>AARON P. JEFFERY and JUST US JJ-1, LLC d/b/a JIMMY JOHN'S GOURMET SANDWICHES<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   CAUSE NO.:<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## COMPLAINT FOR DAMAGES AND JURY DEMAND

Comes now Plaintiffs, Mindy S. Nichols a/k/a Melinda S. Nichols and James Nichols, by counsel, Law Offices of Matthew D. LaTulip, P.C., and for his cause of action against the Defendants, Aaron P. Jeffery and Just Us JJ-1, LLC d/b/a Jimmy John's Gourmet Sandwiches, hereby states as follows:

### Jurisdiction

1. That the Plaintiffs, Mindy S. Nichols a/k/a Melinda S. Nichols (hereinafter referred to as "Mindy Nichols") and James Nichols, at all times relevant herein, are/was a citizen of the State of Indiana.

2. That the Defendant, Aaron P. Jeffery, at all times relevant herein, is/was a citizen of the State of Indiana.

3. That the Defendant, Just Us JJ-1, LLC d/b/a Jimmy John's Gourmet Sandwiches (hereinafter referred to as "Jimmy John's"), is/was incorporated in the State of Michigan and therefore is a

citizen of the State of Michigan.

4. That Jimmy John's maintains its principal place of business in the State of Michigan and therefore is a citizen of the State of Michigan.

5. The matter in controversy exceeds $75,000, exclusive of interest and costs.

6. Jurisdiction is based upon diversity of citizenship of the parties under the authority of 28 U.S.C § 1332.

## Count I

7. That Plaintiffs hereby incorporate by reference rhetorical paragraphs 1-6 of the jurisdiction section of their Complaint as if each were set forth fully herein.

8. That on August 16, 2017, the Plaintiff, Mindy Nichols, was the driver in a vehicle stopped on Seventh Street, at or near Van Buren Street, in Auburn, De Kalb County, Indiana.

9. That at said place and time, Defendant, Aaron P. Jeffery, drove his vehicle in such a negligent and/or wanton and/or reckless manner so as to strike the rear of the vehicle being driven by the Plaintiff, Mindy Nichols.

10. That at said place and time, the Defendant, Aaron P. Jeffery, was acting as an agent and/or employee of and within the scope of his agency with Defendant, Jimmy John's.

11. That at the above referenced time of the collision, the Defendant, Jimmy John's, recklessly or negligently entrusted the

Defendant, Aaron P. Jeffery, when they knew or should have known that the Defendant, Aaron P. Jeffery, was incapable of properly undertaking or completing the safe operation/delivery of goods and such contact was reasonably foreseeable to cause injury.

12. That as a direct and proximate result of the negligent acts and/or omissions of the aforementioned Defendants, the Plaintiff, Mindy Nichols, was severely and permanently injured, incurred medical expenses for care, testing, and treatment, and suffered mental and physical pain, loss of earnings, loss of earnings capacity, disfigure and deforming, humiliation, and mental anguish.

**WHEREFORE**, Plaintiff, Mindy Nichols, demand judgment against the Defendants, Aaron P. Jeffery and Jimmy John's, and pray for relief for reasonable compensatory damages, all costs in this action, and all other relief just and proper in the premises.

LAW OFFICES OF MATTHEW D. LATULIP, P.C.
Attorneys for the Plaintiff's

/s/ Matthew D. LaTulip
Matthew D. LaTulip

### Count II

Come now Plaintiff, Mindy Nichols, by counsel, Matthew D. LaTulip, and for their cause of action against the Defendants, Aaron P. Jeffery and Jimmy John's, hereby state as follows:

13. That Plaintiffs hereby incorporate by reference rhetorical paragraph 1-6 of the jurisdiction section of their Complaint and rhetorical paragraphs 7-12 of Count I of their Complaint as if each were set forth fully herein.

14. That Defendant, Jimmy John's, negligently hired and/or retained Defendant, Aaron P. Jeffery, which resulted in this incident.

**WHEREFORE**, Plaintiff, Mindy Nichols, demand judgment against the Defendants, Aaron P. Jeffery and Jimmy John's, and pray for relief for reasonable compensatory damages, all costs in this action, and all other relief just and proper in the premises.

LAW OFFICES OF MATTHEW D. LATULIP, P.C.
Attorneys for the Plaintiff's


/s/ Matthew D. LaTulip
Matthew D. LaTulip


### COUNT III

Come now the Plaintiffs, by counsel, and for second paragraph of Complaint against the Defendant, allege and state as follows:

15. That Plaintiffs hereby incorporate by reference rhetorical paragraph 1-6 of the jurisdiction section of their Complaint and rhetorical paragraphs 7-12 of Count I of their Complaint and 13-14 of Count II of their Compliant as if each were set forth fully herein.

16. That at the time and place of the incident in question on August 16, 2017, James Nichols was and is the lawful husband of Mindy Nichols.

17. That as a direct and proximate result of Defendant's negligence, careless acts, omissions, willful and wanton conduct and reckless disregard for Mindy's safety, Plaintiff, James Nichols, suffered loss of consortium, loss of love, loss of services, and other injuries and damages.

WHEREFORE, Plaintiff's pray for judgment against the Defendants, for relief for all reasonable compensatory damages, all costs of this action, and for all relief just and proper in the premises.

LAW OFFICES OF MATTHEW D. LATULIP, P.C.
Attorneys for the Plaintiff's

/s/ Matthew D. LaTulip
Matthew D. LaTulip

### Jury Demand

Comes now Plaintiff's, by counsel, and demands trial by jury.

LAW OFFICES OF MATTHEW D. LATULIP, P.C.
Attorneys for the Plaintiff's

/s/ Matthew D. LaTulip
Matthew D. LaTulip #22435-49
Easton Court
260 E. 90th Dr.
Merrillville, IN. 46410
Tel: (219) 756-7600
Fax: (219) 756-0639
LaTulipLaw1@yahoo.com Email